THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA ANDROSKI, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | 3:22-CV-1424 |
| | : | (JUDGE MARIANI) |
| CREDIT CONTROL, LLC, | : | |
| | : | |
| Defendant. | : | |

### ORDER

A case management conference was conducted in the above-captioned matter on February 9, 2023. Participating on behalf of the Plaintiff was Brett Freeman. Participating on behalf of the Defendant was Brendan Little. The purpose of this Order is to set forth the pretrial schedule established as a result of the conference.

**AND NOW, THIS 9TH DAY OF FEBRUARY, 2023, IT IS HEREBY ORDERED THAT:**

1. Motions to join additional parties shall be filed no later than **April 28, 2023**.

2. Motions to amend the pleadings shall be filed no later than **April 28, 2023**.

3. All fact discovery shall be commenced in time to be completed by **December 29, 2023**.

4. All potentially dispositive motions shall be filed no later **February 23, 2024**. If filing a motion for summary judgment, counsel shall provide the Court with a courtesy copy of that motion, supporting brief, and all accompanying exhibits. Counsel for the non-moving party shall also provide a courtesy copy of the brief in opposition to the motion for summary judgment and all accompanying exhibits.

5. Reports from **Plaintiff's** retained experts shall be due by **January 26, 2024**.

6. Reports from **Defendant's** retained experts shall be due by **February 23, 2024.**

7. Supplementations shall be due by **March 31, 2024**.

8. All expert discovery shall be commenced in time to be completed by **April 28, 2024**.

9. Scheduling of trial in this matter will be held in abeyance pending the expiration of the dispositive motion deadline and the resolution of any dispositive motions.

10. Should counsel be unable to resolve a discovery dispute, the party seeking relief shall contact Chambers at (570) 207-5750 and inform the Courtroom Deputy of the dispute. The party seeking relief shall thereafter promptly file a letter via CM-ECF, not to exceed two pages, requesting that the Court schedule a conference call and outlining the nature of the dispute and the relief sought. No party shall resort to the filing of a formal discovery motion without first attempting to resolve the issue through a discovery teleconference with the Court. Should the Court find briefing necessary upon the conclusion of the teleconference, it will so order.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge