UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Antonio Saunders, relator / ex rel.
United States, Plaintiff,

v.

Diamond Pharmacy Services,
et al., Defendants.

No. 3:22-cv-01424
JFS

FILED
SCRANTON
MAR 10 2023
PER _____ DEPUTY CLERK

## MOTION TO WITHDRAW COMPLAINT

AND NOW, the plaintiff respectfully request that this Honorable court grant Plaintiff's Motion to withdraw the complaint without prejudice.

3/7/2023

Respectfully
*Antonio Saunders*
Antonio Saunders
ID No. NX5319
SCI Dallas
1000 Follies Road
Dallas, Pa. 18612

Smart Communications/PADOC
SCI-Dallas
NAME Antonio Saunders
NUMBER NX3314

SCI-DALLAS
1000 Follies Road
Dallas, PA 18612

RECEIVED
SCRANTON
MAR 10 2023
PER _____ DEPUTY CLERK

INMATE MAIL

ZIP 18612
02 4W
0000385735 MAR. 08. 2023
US POSTAGE $000.60

To: United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, Pa. 18501-1148

18501%1148 LEGAL