THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JESSICA ANDROSKI,

        Plaintiff,

v.

CREDIT CONTROL, LLC,

        Defendant.

3:22-CV-1424
(JUDGE MARIANI)

FILED
SCRANTON
MAR 05 2024
PER _____ DEPUTY CLERK

## ORDER

AND NOW, THIS 5th DAY OF MARCH 2024, upon consideration of the parties' Joint Status Report (Doc. 14) in which the parties request that the Court remand this case to the Court of Common Pleas of Luzerne County based on Plaintiff's lack of standing pursuant to *Barclift v. Keystone Credit Services, LLC*, --- F.4th ---, 2024 WL655479 (3d Cir. Feb. 16, 2024), **IT IS HEREBY ORDERED THAT:**

1. The above-captioned action is **REMANDED** to the Court of Common Pleas of Luzerne County.

2. The Clerk of Court is directed to **CLOSE** the federal action.

3. The Clerk of Court is directed to mail a certified copy of this order of remand to the Clerk of the Court of Common Pleas of Luzerne County.

                                                         Robert D. Mariani
                                                         United States District Judge